UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ERIC RODNEY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-144 |
| ) | |
| W.H.H. TRICE AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a).

The the plaintiff brings this action against W.H.H. Trice & Co. demanding "a copy of his lease so he can use [it] as a reference[] to get another apartment." Compl. at 1. His single conclusory statement that the defendant "violated [his] civil, constitutional and 6th Amendment" rights, *id.* at 2, does not articulate a viable constitutional claim for the purpose of establishing federal question jurisdiction. Notwithstanding the defendant's business office in Virginia, the the plaintiff does not demonstrate that the matter in controversy exceeds the $75,000 threshold. He thus fails to establish diversity jurisdiction. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 13, 2014

/s/ _____
United States District Judge